In the Matter of the Application of STANLEY FLETCHER for the Appointment of a Third Arbiter, under the Provisions of a Contract, etc., between STANLEY FLETCHER and GROSVENOR NICHOLAS.— Motions for reargument or for leave to

appeal to the Court of Appeals denied, without costs.  Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.